# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0065
_____

KAREN NATALIE SLAYBAUGH,

Appellant,

v.

MATTHEW ALAN WILSON,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Darlene F. Dickey, Judge.

October 30, 2019


PER CURIAM.

AFFIRMED.

B.L. THOMAS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Karen Natalie Slaybaugh, pro se, Appellant.

Ross A. Keene, Ross Keene Law, P.A., Pensacola, for Appellee.